In the Matter of the Claim of LOUIS ANDERSON against
JOHNSON LIGHTERAGE COMPANY et al., Respondents.
STATE INDUSTRIAL COMMISSION, Appellant.

**Workmen's compensation — state industrial commission
without jurisdiction to make award to workmen injured
while engaged on maritime contract.**

A longshoreman employed in loading a vessel in navigable waters
is engaged in the performance of a maritime contract and the state
industrial commission has no jurisdiction to make an award for an
injury sustained by his slipping on the pier from which the cargo
was being taken. *Matter of Doey* v. *Howland Co., Inc.*, 224 N. Y.
30, followed.

*Anderson* v. *Johnson Lighterage Co.*, 182 App. Div. 152, affirmed.

(Argued April 25, 1918; decided June 4, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
March 8, 1918, reversing an award of the state industrial
commission made under the Workmen's Compensation
Law and dismissing the claim.

*Merton E. Lewis, Attorney-General (E. C. Aiken* of
counsel), for appellant.

*Bertrand L. Pettigrew* and *W. L. Glenney* for respondents.

McLAUGHLIN, J. The claimant, at the time he was
injured, was a longshoreman in the employ of the Johnson
Lighterage Company, which had a contract to load a
vessel in navigable waters. While thus engaged he
sustained an injury by slipping on a pier from which the
cargo was being taken. He made a claim under the
Workmen's Compensation Law and the industrial com-
mission allowed the same. Its award was reversed by

the Appellate Division, the claim dismissed, and the commission appeals to this court.

In my opinion, for the reasons stated by me in *Matter of Doey* v. *Howland Co., Inc.*, decided herewith, Anderson, at the time he was injured, was engaged in performing a maritime contract. The industrial commission, therefore, had no jurisdiction to make the award; it was properly vacated by the Appellate Division, and the claim dismissed.

The order of the Appellate Division, therefore, should be affirmed, with costs against the state industrial commission.

HISCOCK, Ch. J., CHASE and COLLIN, JJ., concur; CUDDEBACK, HOGAN and CARDOZO, JJ., dissent.

Order affirmed.